**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) ) ) ) | Case No. <u>10-52531</u> |
| Nathan Yingling | ) ) ) ) ) | Judge: <u>HOFFMAN</u> |
| Debtor | ) | Chapter: 13 |

**NOTICE OF CHANGE OF ADDRESS**

NAME OF PARTY TO BE CHANGED:    Debtor;    Nathan Yingling

FORMER ADDRESS:              508 Barton Creek Dr.
                             Apt. C
                             Charlotte, NC 28262

NEW ADDRESS:                 7125 E Sprst Spg Blvd.
                             Apt 1031
                             Mesa, AZ 85209-4034

DATE: Wednesday, March 18, 2015          */s/ Michael A. Cox*
                                         Michael A. Cox (0075218)
                                         Attorney for Debtor
                                         Hall, Guerrieri & Cox
                                         2500 North High Street, Ste. 100
                                         Columbus, OH 43202
                                         (614) 267-2871

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the U.S. Trustee on Wednesday, March 18, 2015.

                                         */s/ Michael A. Cox*
                                         Michael A. Cox (0075218)
                                         Attorney for Debtor